# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3714 | **DATE** | 11/4/2005 |
| **CASE TITLE** | Almazan vs. Pepperidge Farms, Inc. | | |

**DOCKET ENTRY TEXT:**

**ENTER MEMORANDUM OPINION:** Pepperidge Farm's motion [38] for summary judgment is granted. All matters in controversy having been resolved, final judgment is entered in favor of the defendant and against plaintiff.

■ [ For further detail see attached order.]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|